IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-199-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO PARTIALLY |
| DONALD WAYNE MCGEE ) | UNSEAL INDICTMENT |
| ) | |

Upon motion of the United States of America, and for good cause shown, the sealed indictment returned by the Grand Jury for the Eastern District of North Carolina on November 18, 2020 as to DONALD WAYNE MCGEE, is hereby ORDERED to be unsealed by the Clerk of the United States District Court for the Eastern District of North Carolina.

This 14th day of December, 2021.

Brian S. Meyers
United States Magistrate Judge